**Myron W. RAINES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65001.**

Kent Denzel, Columbia, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before SMART, P.J., ULRICH and HARDWICK, JJ.

*ORDER*

*ORDER*

PER CURIAM.

Myron Raines appeals from the denial of his Rule 29.15 motion following an evidentiary hearing. Upon review of the briefs and the record, we find no error and affirm the motion court's judgment. Because a published opinion would have no precedential value, we have provided the

parties with Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 84.16(b).